Edward D. Howland et al., plaintiffs in error, v. Atwell Printing & Binding Company et al., defendants in error. Gen. No. 24,450.

Suit by minority stockholders for dissolution of corporation, and other relief. Dismissal of bill for want of equity. Error to the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Thomas J. Young, for plaintiffs in error. Campbell & Fischer, for defendants in error.

Mr. Justice Barnes delivered the opinion of the court.

---

John Korinek, appellee, v. Joseph Kolar, appellant. Gen. No. 24,534.

Action for slander. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed October 10, 1919.

Joseph C. Pisha, for appellant. Louis J. DuRocher, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

In re estate of Mary E. Chapin, deceased.

Mabel Kamm, appellant, v. Bernard Villanga, executor of the estate of Mary E. Chapin, deceased, appellee. Gen. No. 24,544.

Suit for construction of provision of will providing for care of cemetery lot. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919.

James A. Donnelly, for appellant. Charles I. McNett, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Missouri Pacific Railway Company, appellant, v. Pieser-Livingston Company, appellee. Gen. No. 24,557.

Action by carrier to recover for undercharge on interstate shipment. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. F. J. Campbell, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed with findings of fact and judgment here for $43.36. Opinion filed October 10, 1919.

Jeffery, Campbell & Clark, for appellant; Stephen A. Cross, of counsel. No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.